IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-0026** |
| | ) | **Electronically Filed** |
| **CYRIL H. WECHT** | ) | |

Order of Court

And now, this 24th day of April, 2006, after having reviewed the two versions of the sealed proposed letter to the grand jury witnesses submitted by the government and defendant, IT IS HEREBY ORDERED that this Court accepts the language in the proposed letter submitted by the government and rejects the language in the proposed letter submitted by defendant.  As previously set forth in this Court's April 20, 2006 Order (doc. no. 81), within five (5) business days, the government shall serve the letter on all witnesses and shall file, under seal, with the Court (and without copy to defense counsel) an affidavit of service.

SO ORDERED this 24th day of April, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     All counsel of record