IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** )
                             )
        **v.**               )         **Criminal No. 06-0026**
                             )         **Electronically Filed**
**CYRIL H. WECHT**           )

### ORDER OF COURT RE: DOC. NOS. 333, 334, 336, 337, 338 AND 339

On August 4, 2006, the government filed several motions in limine (at doc. nos. 333, 334,

336, 337, 338 and 339), and failed to attach proposed Orders of Court as required by this Court's

Practices and Procedures.  See I.A. which states:

> **Communications with the Court**
> Communication with the Court shall be in the form of motions, <u>accompanied by a
> proposed order specifying the relief requested</u>.  (emphasis added.)

Thus, the Motions are hereby DISMISSED for failure to comply with this Court's

Practices and Procedures.

SO ORDERED this 24th day of August, 2006.

s/Arthur J. Schwab_____
Arthur J. Schwab
United States District Judge

cc:     All counsel of record