IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-0026** |
| | ) | **Electronically Filed** |
| **CYRIL H. WECHT** | ) | |

**ORDER OF COURT DISMISSING WITH PREJUDICE**
**43 COUNTS OF ORIGINAL INDICTMENT**

For the reasons set forth in this Court's January 4, 2008 Order of Court (doc. no. 655), Counts 25-27, 29, 31, 34, 37, 39, 41-63, 65-70, 72-76, and 79 of the original 84 count indictment are HEREBY DISMISSED WITH PREJUDICE.

**SO ORDERED** this 6th day of February, 2008.

 s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record