IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **Criminal No. 06-0026** |
| | ) | **Electronically Filed** |
| CYRIL H. WECHT | ) | |

### ORDER OF COURT RE: DEFENDANT'S MOTION FOR INSTRUCTION TO THE JURY REGARDING TESTIMONY OF BRYAN HINDS (DOC. NO. 771)

After carefully considering Defendant's Motion for Instruction to the Jury Regarding Testimony of Bryan Hinds (doc. no. 771), the attachments thereto (doc. no. 771-2-6) and defendant's proposed "curative instruction" (doc. no. 771-7), Defendant's Brief in Support of said motion (doc. no. 772), the Government's Brief in Opposition (doc. no. 773) and attachment thereto (doc. no. 773-2), Defendant's Reply to Government's Brief in Opposition (doc. no. 774), and the Notarized Affidavit of Bryan Hinds (doc. no. 776), the Court finds that defendant's proposed "curative instruction" is unwarranted, inaccurate and misleading. Accordingly,

Defendant's Motion for Instruction to the Jury Regarding Testimony of Bryan Hinds (doc. no. 771) is DENIED.

**SO ORDERED** this 3rd day of March, 2008.

 s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record